UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80090-CIV-DIMITROULEAS

EAST COAST ASSEMBLERS, INC.,

        Plaintiff,

v.

BALTAZAR NUÑEZ,

        Defendant.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court on Defendant's Amended Motion for Bill of Costs [DE 223]; and the March 11, 2026 Report and Recommendation on Defendant's Amended Motion for Bill of Costs, entered by Magistrate Judge William Matthewman [DE 228] (the "Report"). The Court notes that no objections to the Report [DE 228] have been filed, and the extended time for filing such objections has passed, *see* [DE 230] (extending objection period to April 10, 2026). As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 228] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 228] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusions.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.      The Report [DE 228] is hereby **ADOPTED** and **APPROVED**;

2.      Defendant's Amended Motion for Bill of Costs [DE 223] is **GRANTED**;

3.      Plaintiff shall pay Defendant costs in the amount of $21,339.72.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of April, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

Hon. William Matthewman, US Mag. Judge